IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIS OLMEDO CURCO AYALA and KATHERINE FABIOLA CURCO SILLO,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement.<br><br>Respondents. | 0:26-cv-00960-SHL-SGE<br><br><br>**ORDER** |

IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to initiate a separate proceeding under a separate case number for Petitioner Katherine Fabiola Curco Sillo. The same Verified Petition for Writ of Habeas Corpus should be filed to initiate that separate proceeding, which should be assigned to the undersigned district judge. Once the case number is opened, Petitioner Katherine Fabiola Curco Sillo will be dismissed without prejudice from this case number.

2. Respondents are directed to file an answer in each case to the Verified Petition for Writ of Habeas Corpus by no later than February 5, 2026, certifying the true cause and proper duration of Petitioners' confinement and showing cause why the writ should not be granted in each case. If the basis for confinement of each Petitioner is identical, Respondents may file an identical answer in each case.

3. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioners' detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioners' claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d. Whether Petitioners were arrested pursuant to a warrant and, if so, a copy of such warrants.

4. If Petitioners intend to file a reply to Respondents' answer, Petitioners must do so by no later than February 9, 2026.

5. Respondents are ENJOINED from moving Petitioners outside of Minnesota until further order of the Court so that Petitioners may consult with counsel while the Court is considering the petition and to avoid any risk that removal of Petitioners from Minnesota will deprive this Court of jurisdiction.

6. The parties are directed to immediately notify the Court of any change to Petitioners' custodial status during the pendency of these proceedings.

Dated: February 2, 2026

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE