IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIS OLMEDO CURCO AYALA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,<br><br>　　　　Respondents. | Case No. 0:26-cv-00960-SHL-SGE<br><br>**ORDER TO SHOW CAUSE** |

　　On February 6, 2026, the Court granted Petitioner's Verified Petition for Writ of Habeas Corpus and ordered that he be immediately released. (ECF 7.) As of February 10, 2026, Petitioner's counsel reports that Petitioner still has not been released and instead remains in ICE custody. (ECF 8.) Respondents are hereby **ORDERED TO SHOW CAUSE** on or before February 11, 2026, why sanctions should not be imposed for the failure to comply with the Court's Order.

　　Further, the Court reiterates and **ORDERS** that Petitioner must be immediately released. The severity of any sanction the Court may choose to impose will increase if Petitioner has not been released by 8:00 p.m. today (February 10, 2026).

**IT IS SO ORDERED.**

Dated: February 10, 2026

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN H. LOCHER
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE