# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Olmedo Curco Ayala,

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, Daren K. Margolin, David Easterwood, Department of Homeland Security, Immigration and Customs Enforcement, Executive Office for Immigration Review,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00960-SHL-SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Judgment is entered in favor of the Petitioner.

Date: 4/21/2026

KATE M. FOGARTY, CLERK